| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

CHRISTOPHER MICHAEL HINSHAW, §
§
     Plaintiff, §
§
*versus* § CIVIL ACTION NO. 9:22-CV-22
§
JOHN FREDERICK, *et al.* §
§
     Defendants. §

### ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING
### THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Christopher Michael Hinshaw, a prisoner previously confined at the Wainwright

Unit of the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID),

proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against John

Frederick, Mohammed Abubakari, James Davis, and Darron Lane.

The court referred this matter to the Honorable Christine L. Stetson, United States

Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders

of this court.  The magistrate judge has submitted a Report and Recommendation of United States

Magistrate Judge.   The magistrate judge recommends granting Defendants' Motion for

Summary Judgment filed by Defendants Davis and Lane.

The court has received and considered the Report and Recommendation of United States

Magistrate Judge, along with the record, pleadings, and all available evidence.  Plaintiff filed

objections to the magistrate judge's Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and

the applicable law.  *See* FED. R. CIV. P. 72(b).  After careful consideration, the court concludes

the objections are without merit.  The evidence does not create a genuine issue of material fact that either Defendant Lane or Defendant Davis was personally involved in violating Plaintiff's constitutional rights, and the evidence does not support a claim that they failed to train or supervise subordinates who allegedly violated Plaintiff's constitutional rights.

## ORDER

Accordingly, Plaintiff's objections (#62) are **OVERRULED**.  The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (#60) is **ADOPTED**.  Defendants' Motion for Summary Judgment (#32) is **GRANTED**.  Defendants James Davis and Darron Lane are **DISMISSED** from this action.

SIGNED at Beaumont, Texas, this 18th day of September, 2023.

*Marcia A. Crone*

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE